AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Communications Workers of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00455-LY |
| Southwestern Bell Telephone Company and AT&T Services, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Southwestern Bell Telephone Company and AT&T Services, Inc.       .

Date:  05/27/2022

/s/ Timothy A. Rybacki
*Attorney's signature*

Timothy A. Rybacki, Texas Bar No. 24056248

1301 McKinney, Suite 1900
Houston, Texas 77010
*Address*

trybacki@littler.com
*E-mail address*

713-652-4734
*Telephone number*

713-951-9212
*FAX number*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 27th day of May 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this action.

David Van Os
David Van Os & Associates, P.C.
8626 Tesoro Drive, Suite 510
San Antonio, TX 78217
Email: dvo@vanoslaw.com

Matthew Gerald Holder
David Van Os & Assoc., P.C.
8620 North New Braunfels Avenue
Suite 101
San Antonio, TX 78217
Email: matt@vanoslaw.com

                */s/ Timothy A. Rybacki*
                Timothy A. Rybacki