UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Communications Workers of America, AFL-CIO, | § § § | No. 1:22-CV-455-DAE |
| Plaintiff, | § § | |
| vs. | § § | |
| Southwestern Bell Telephone Company and AT&T Services, Inc., | § § § | |
| Defendants. | § | |

_____

## ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE AND ORDERING STATUS UPDATE

On April 27, 2023, Judge Yeakel transferred this case and the related case Communications Workers of America, AFL-CIO v. AT&T Mobility Services, LLC, No. 1:22-cv-954 to the undersigned.  (Dkt. # 24.)  On July 15, 2022, Defendants filed a Motion to Dismiss in this case.  (Dkt. # 12.)  The Court entered an Order on March 21, 2023, pursuant to the parties' request, staying this case and requiring the parties to notify the Court of the outcome of mediation within three days of its resolution.  (Dkt. # 23.)  The Motion to Dismiss is hereby **DENIED** subject to refiling should mediation fail.  (Dkt. # 12.)  Additionally, the parties are **ORDERED** to submit a joint status report on the docket of this case within **seven (7)** days of this Order, advising the Court as to the status of the mediation and/or their intent to proceed.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, May 10, 2023.

_____
David Alan Ezra
Senior United States District Judge