IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, | § § § § | |
| PLAINTIFF, | § § | Civil Action: 1:22-cv-00455-DAE |
| VS. | § § | |
| SOUTHWESTERN BELL TELEPHONE COMPANY and AT&T SERVICES, INC. | § § § | |
| DEFENDANTS. | § | |

### ORDER GRANTING JOINT MOTION TO DISMISS

On this day came the parties' joint motion to dismiss. (Dkt. # 29.) Having reviewed the motion and noted it is filed following the resolution of the litigation by the parties, the Court **GRANTS** the motion and **DISMISSES** the case **WITH** prejudice and with each side bearing their own respective costs.

The Clerk is **INSTRUCTED TO CLOSE THE CASE.**

**IT IS SO ORDERED.**

Dated: November 3, 2023

_____
The Honorable David A. Ezra,
United States District Judge